NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

GILBERT SAFWAN MADRIGAL, *Petitioner*.

No. 1 CA-CR 23-0550 PRPC

FILED 10-29-2024

Petition for Review from the Superior Court in Maricopa County
No. CR2020-113363-001
The Honorable Monica S. Garfinkel, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Phillip D. Garrow
*Counsel for Respondent*

Gilbert Safwan Madrigal, Florence
*Petitioner*

## MEMORANDUM DECISION

Presiding Judge Michael J. Brown, Judge D. Steven Williams, and Judge Daniel J. Kiley delivered the decision of the Court.

**PER CURIAM:**

**¶1**      Petitioner Gilbert Madrigal seeks review of the superior court's order denying his petition for post-conviction relief. This is his second petition.

**¶2**      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. Petitioner has not established an abuse of discretion.

**¶4**      We grant review and deny relief.

